**Fill in this information to identify the case:**

Debtor name   **Gandy's Transport, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $ **589,075.37**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $ **589,075.37**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **815,867.14**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $ **27,191.68**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ **111,807.45**

4. **Total liabilities** ..............................................................
   Lines 2 + 3a + 3b                                                   $ **954,866.27**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gandy's Transport, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Navy Federal Credit Union** | Checking | 1962 | $3,088.01 |
| 3.2. | **Navy Federal Credit Union** | Checking | 2342 | $291.01 |
| 3.3. | **PNC Bank (closed) (overdraft)** | Checking | 7776 | $0.00 |
| 3.4. | **EECU** | Checking | 1560 | $36.43 |
| 3.5. | **Encore Bank** | Checking | 2306 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,415.45

### Part 2:    Deposits and Prepayments

| Debtor | **Gandy's Transport, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **150.00**   -   **0.00** = ....    **$150.00**

face amount      doubtful or uncollectible accounts

11a. 90 days old or less:    **6,216.00**   -   **0.00** = ....    **$6,216.00**

face amount      doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$6,366.00** |
|---|---|

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **Charles Schwab 9250-6297** | | $1,494.74 |
| 14.2. | **COINBASE** | | $3,199.18 |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership

| 15.1. | **Wynk Logistics, Inc.** | 100 % | $0.00 |
|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | **$4,693.92** |
|---|---|

**Part 5:    Inventory, excluding agriculture assets**

| Debtor | **Gandy's Transport, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Desk, Chair, Couch, Television | $1,500.00 | | $1,500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Printer, Copier, Fax Machine, Phone, Laptop, Cell Phone | $3,000.00 | | $3,000.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42.  Copy the total to line 86. | $4,500.00 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |

Debtor **Gandy's Transport, LLC** _____   Case number _(If known)_ _____
Name

| | | | | |
|---|---|---|---|---|
| 47.1. | **2023 Kenworth T680** | **$110,000.00** | | **$110,000.00** |
| 47.2. | **2020 Peterbilt** | **$132,500.00** | | **$132,500.00** |
| 47.3. | **2018 Utility Trailer** | **$30,000.00** | | **$30,000.00** |
| 47.4. | **2020 GD Trailer** | **$50,000.00** | | **$50,000.00** |
| 47.5. | **2016 Great Dane Super** | **$20,000.00** | | **$20,000.00** |
| 47.6. | **2018 Peterbilt** | **$120,600.00** | | **$120,600.00** |
| 47.7. | **2015 Utility Trailer** | **$17,000.00** | | **$17,000.00** |
| 47.8. | **2018 GD Trailer** | **$25,000.00** | | **$25,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** _Examples:_ Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**                                                                      | **$505,100.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **Gandy's Transport, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

**Current value of
debtor's interest**

| | | | | | |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Promissory Note**<br>**Juan Wortham d/b/a Small Time**<br>**Enterprise, LLC** | 65,000.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | = |

$65,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

$65,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Gandy's Transport, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,415.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,366.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $4,693.92 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $505,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $65,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $589,075.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $589,075.37 |

| Fill in this information to identify the case: |
|---|

Debtor name **Gandy's Transport, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Balboa Capital** Creditor's Name | Describe debtor's property that is subject to a lien **2023 Kenworth T680** | **$228,290.60** | **$110,000.00** |
| | **575 Anton Blvd. Suite 1080 Costa Mesa, CA 92626** Creditor's mailing address | Describe the lien **Purchase Money Security** Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred **12/8/22** Last 4 digits of account number **3500** | | | |
| | Do multiple creditors have an interest in the same property? ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| 2.2 | **Huntington Bank** Creditor's Name | Describe debtor's property that is subject to a lien **2020 Peterbilt** | **$162,326.80** | **$132,500.00** |
| | **PO Box 77077 Minneapolis, MN 55480** Creditor's mailing address | Describe the lien **Purchase Money Security** Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Date debt was incurred Last 4 digits of account number **4383** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |

Debtor    **Gandy's Transport, LLC**
_____
Name

Case number *(if known)* _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Huntington Bank** | **Describe debtor's property that is subject to a lien** | $39,571.02 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 77077
Minneapolis, MN 55480**
Creditor's mailing address

**2018 Utility Trailer**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4383**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mitsubishi** | **Describe debtor's property that is subject to a lien** | $90,434.93 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 5700
Norwalk, CT 06856**
Creditor's mailing address

**2020 GD Trailer**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2308**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Navitas** | **Describe debtor's property that is subject to a lien** | $41,547.84 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 935204
Atlanta, GA 31193**
Creditor's mailing address

**2016 Great Dane Super Seal Reefer Trailer**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No

---

| Debtor | **Gandy's Transport, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5987**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **Tandem Finance** | Describe debtor's property that is subject to a lien | $131,512.25 | $120,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018**
**Peterbilt** | | |

**3801 Automation Way**
**Fort Collins, CO 80525**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8735**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **Traffic Service Bureau** | Describe debtor's property that is subject to a lien | $3,021.00 | $3,021.00 |
|---|---|---|---|---|
| | Creditor's Name | **UCC Lien** | | |

**1025 Metker St.**
**Irving, TX 75062**

Creditor's mailing address

**Describe the lien**
**Trade Debt**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.8 | **Umpqua Bank** | Describe debtor's property that is subject to a lien | $46,577.43 | $17,000.00 |
|---|---|---|---|---|

---

Debtor   **Gandy's Transport, LLC**
_____   Case number (if known) _____
Name

Creditor's Name

**2015 Utility Trailer**
_____

**3455 S. 344th Way**
**Auburn, WA 98001**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**8301**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.9 | **Umpqua Bank** |

Creditor's Name

Describe debtor's property that is subject to a lien   $72,585.27   $25,000.00

**2018 GD Trailer**

**3455 S. 344th Way**
**Auburn, WA 98001**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**8302**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $815,867.14

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
| --- |
| Debtor name **Gandy's Transport, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address

**Internal Revenue Service - 2021**
**PO Box 931200**
**Louisville, KY 40293**

As of the petition filing date, the claim is:    **$26,781.75**    **$26,781.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2021**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

**Texas Workforce Commission**
**PO Box 3705**
**McKinney, TX 75070**

As of the petition filing date, the claim is:    **$409.93**    **$409.93**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0066**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Gandy's Transport, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,969.48 |
|---|---|---|---|

**American Express**
P.O. Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **3009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.13 |
|---|---|---|---|

**Arlington Water Utilities**
PO Box 90020
Arlington, TX 76004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **6301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.69 |
|---|---|---|---|

**ATT**
PO Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **0537**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**ATT**
PO Box 6416
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.28 |
|---|---|---|---|

**Brinks**
Dept. Ch. 8628
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **3749**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,560.20 |
|---|---|---|---|

**Caine & Weiner Progressive Insurance**
PO Box 55848
Sherman Oaks, CA 91413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **0456**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**California Air Resources**
1001 I Street
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  **5AAA**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Gandy's Transport, LLC**        Case number *(if known)* _____
     Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,682.71 |
|---|---|---|---|

**Capital One**
P.O. Box 60519
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5969**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Central Florida Expressway Authority**
525 S. Magnolia Ave.
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**City of Atlanta**
PO Box 500
Horseheads, NY 14845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7843**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.00 |
|---|---|---|---|

**City of Moreno Valley**
PO Box 10479
Newport Beach, CA 92658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9889**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,384.62 |
|---|---|---|---|

**COMDATA**
PO Box 845738
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9401**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Delaware Department of Transportation**
PO Box 697
Dover, DE 19903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Delaware River Joint Toll Bridge Commiss**
**NJ Ez Pass**
PO Box 4971
Trenton, NJ 08650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Gandy's Transport, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Delaware River NJ EZ Pass**<br>**PO Box 4971**<br>**Trenton, NJ 08650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Drive KS**<br>**Kansas City Turnpike**<br>**PO Box 803311**<br>**Kansas City, MO 64180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Dulles Toll Road Virginia**<br>**PO Box 1234**<br>**Clifton Forge, VA 24422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.65 |
| | **ELD One**<br>**1425 N. McLean Blvd.**<br>**Unit 900**<br>**Elgin, IL 60123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Elizabeth River Tunnels/Harris & Harris**<br>**111 W. Jackson Bl, Suite 650**<br>**Chicago, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **EzDrive MA/Commonwealth of**<br>**Massachusetts**<br>**EZDriveMA**<br>**PO Box 847840**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Fast Trak / Bay Area Fasstrack**<br>**PO Box 26925**<br>**San Francisco, CA 94126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Gandy's Transport, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harris County Attorney**
**HCTRA Violations**
**Dept 11**
**PO Box 4440**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,769.17 |
|---|---|---|---|

**IFPS**
**PO Box 7**
**Greenville, SC 29602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number  1101

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linebarger Goggan Blair & Sampson LLP**
**4828 Loop Central Drive, Suite 600**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Florida Dept. of Transportation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linebarger Goggan Blair & Sampson LLP**
**PO Box 702118**
**Client ID #DELDOT1**
**San Antonio, TX 78270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Local Truck Parking**
**4701 Cleveland Rd.**
**Dallas, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,582.95 |
|---|---|---|---|

**Lube Zone**
**PO Box 713380**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maryland Transportation Authority**
**PO Box 5060**
**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gandy's Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00**

**Master ELD National Transportation Partn**
1280 Mark St
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michelle A. Chiongson, Esq.**
Ameris Bank d/b/a Balboa Capital
575 Anton Blvd., Suite 1080
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NC Quick Pass**
PO Box 100020
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New York Bridge Authority**
PO Box 15186
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**New York Thruway**
PO Box 15186
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NJ Turnpike Authority**
PO Box 4971
Trenton, NJ 08650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NTTA**
PO Box 260928
Plano, TX 75026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __7258__

Basis for the claim: __Toll Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gandy's Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Orchard Consulting**
1119 Surrey Ln.
Allen, TX 75013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PA Turnpike Toll**
PO Box 645631
Pittsburgh, PA 15264-5254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Penn Credit Corp.**
PO Box 69703
Harrisburg, PA 17106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PENN Credit Corp.**
9401 E. Kellogg Dr.
Wichita, KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plate Pay Pike Pass**
OTA Plate Pay
PO Box 248935
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,125.38 |
|---|---|---|---|

**PNC Bank**
PO Box 71335
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number  **5855**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PNC Bank**
PO Box 747032
Pittsburgh, PA 15274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gandy's Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,101.00 |
|---|---|---|---|

**PNC Bank**
PO Box 747032
Pittsburgh, PA 15274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7821**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pucin & Friendland**
**Progressive Insurance**
935 National Parkway, Suite 40
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6353**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southern Connector**
**Connector 2000 Assoc.**
PO Box 408
Piedmont, SC 29673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Toll Roads**
PO Box 57011
Irvine, CA 92619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TX Tag**
PO Box 650749
Arlington, TX 76096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.10 |
|---|---|---|---|

**TXU**
PO Box 650700
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1461**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.09 |
|---|---|---|---|

**Verizon**
PO Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5712**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Gandy's Transport, LLC**                                    Case number (if known)    _____
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 27,191.68 |
| **5b. Total claims from Part 2** | 5b. + | $ 111,807.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 138,999.13 |

**Fill in this information to identify the case:**

Debtor name      **Gandy's Transport, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
  ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    _____    _____

2.2    State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    _____    _____

2.3    State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    _____    _____

2.4    State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract    _____    _____

| Fill in this information to identify the case: |
| --- |

Debtor name    **Gandy's Transport, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Johnny Gandy | 7102 Lighthouse Road Arlington, TX 76002 Personal Guarantee | Balboa Capital | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | Johnny Gandy | 7102 Lighthouse Road Arlington, TX 76002 Personal Guarantee | Huntington Bank | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3 | Johnny Gandy | 7102 Lighthouse Road Arlington, TX 76002 Personal Guarantee | Huntington Bank | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4 | Johnny Gandy | 7102 Lighthouse Road Arlington, TX 76002 Personal Guarantee | Mitsubishi | ■ D   **2.4** ☐ E/F _____ ☐ G _____ |
| 2.5 | Johnny Gandy | 7102 Lighthouse Road Arlington, TX 76002 Personal Guarantee | Navitas | ■ D   **2.5** ☐ E/F _____ ☐ G _____ |

| Debtor | **Gandy's Transport, LLC** | Case number *(if known)* |  |
|--------|----------------------------|--------------------------|--|

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | **Johnny Gandy** | **7102 Lighthouse Road**<br>**Arlington, TX 76002**<br>**Personal Guarantee** | **Tandem Finance** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
|-----|------------------|-------------------------------------------------------------------------------|--------------------|-------------------------------------------------|
| 2.7 | **Johnny Gandy** | **7102 Lighthouse Road**<br>**Arlington, TX 76002**<br>**Personal Guarantee** | **Umpqua Bank** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Johnny Gandy** | **7102 Lighthouse Road**<br>**Arlington, TX 76002**<br>**Personal Guarantee** | **Umpqua Bank** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |