M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

and

Ross Tower
500 N. Akard St., Suite 2940
Dallas, Texas 75201
Telephone: 214-978-4102
Facsimile: 214-978-4150

**PROPOSED COUNSEL TO
GANDY'S TRANSPORT, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| GANDY'S TRANSPORT, LLC, | § | |
| | § | Case No. 24-43354-ELM11 |
| Debtor. | § | |

### DECLARATION OF JOHNNY GANDY
### IN SUPPORT OF CHAPTER 11 PETITION

I, JOHNNY GANDY, declare as follows:

1.      I am the managing member of Gandy's Transport, LLC ("Debtor"). Debtor offers transport services to business customers in the food industry by delivering refrigerated items, chilled deliveries, and frozen foods throughout the United States. Specifically, Debtor operates tractor-trailer rigs, which accept loads from distribution centers and makes food deliveries to large grocers or other distribution centers. Debtor uses contractors to operate its equipment.

2.      During the COVID-19 pandemic, there was an influx of inexperienced drivers and truck companies that entered the trucking industry, which increased the frequency of accidents and insurance costs. Debtor's insurance costs skyrocketed when the pandemic ended.

DECLARATION OF JOHNNY GANDY

3.      Moreover, larger transportation companies began monopolizing the industry by buying freight at discounted wholesale bulk pricing.  Also, the newer drivers accepted lower rates creating a precipitous decline in rates offered by both freight shippers and brokers. Additionally, the costs of purchasing trucks and equipment increased along with insurance. Maintenance costs also increased due to a shortage of truck parts. In particular, Debtor spent over $70,000.00 on unexpected maintenance including the purchase of two engines, which caused two trucks to be down and inoperable for an extended period of time.

4.      Most recently, consumer fatigue due to the impact of rising interest rates caused a decrease in demand for food inventories. Amongst these economic developments, Debtor struggled to maintain its working capital requirements, which led to arrearages on its equipment loans. The fair market value of the equipment is also less than the amount owed on the majority of Debtor's loans. This prevented Debtor from selling or refinancing its equipment.

5.      Debtor's lenders subsequently began to repossess or attempt to repossess its trucks and trailers. Specifically, Tandem Finance, Inc. repossessed one of Debtor's trucks prepetition. Another lender repossessed one of Debtor's trailers.

6.      The periodic payments on these loans from Debtor's working capital needs made it difficult for Debtor to meet its financial obligations as they came due. Accordingly, Debtor is seeking bankruptcy protection and intends to reorganize and pay creditors through a confirmable plan.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.


Dated:  September 23, 2024                    /s/     *Johnny Gandy*
                                                          Johnny Gandy


DECLARATION OF JOHNNY GANDY                                                          Page 2 of 2