IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GANDY'S TRANSPORT, LLC, | § | CASE NO. 24-43354 |
| | § | |
| DEBTOR. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR NOTICES AND SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Balboa Capital Corporation (hereinafter "Movant"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> Owen C. Babcock
> PADFIELD & STOUT, L.L.P.
> 100 Throckmorton Street, Suite 700
> Fort Worth, Texas 76102
> Telephone: 817.338.1616
> Facsimile: 817.338.1610

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d)

property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ *Owen C. Babcock*
Mark W. Stout
State Bar I.D. #24008096
abp@padfieldstout.com
Owen C. Babcock
State Bar I.D. #24104585
obabcock@padfieldstout.com

*Attorneys for Movant*

## **CERTIFICATE OF SERVICE**

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, September 25, 2024; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **Gandy's Transport, LLC**<br>P.O. Box 180874<br>Arlington, TX 76096<br><br><br>*Debtor* | **M. Jermaine Watson**<br>Canty Hanger, LLP<br>Canty Hanger Plaza<br>600 West 6th Street, Suite 300<br>Fort Worth, TX 76102<br><br>*Attorney for Debtor* |
| **U.S. Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, TX 75202 | |
| **All those receiving ECF notification in this case and the attached list of the 20 largest unsecured creditors.** | |

                                                    /s/ *Owen C. Babcock*
                                                    Owen C. Babcock