Filed by:
JAMES W. KING
TBA 00791029
OFFERMAN & KING, L.L.P.
6420 Wellington Place
Beaumont, Texas  77706
409/860-9000
jwk@offermanking.com
ATTORNEYS FOR
MITSUBISHI HC
CAPITAL AMERICA, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| In re: | § |
| | § |
| | § Case No. 24-43354-elm11 |
| GANDY'S TRANSPORT, LLC | § |
| | § Chapter 11 |
| Debtor. | § |
| | § JUDGE EDWARD L. MORRIS |

# NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

MITSUBISHI HC CAPITAL AMERICA, INC. hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

> JAMES W. KING
> OFFERMAN & KING, L.L.P.
> 6420 Wellington Place
> Beaumont, Texas 77706

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.  This request specifically includes copies of all disclosure statements and reorganization plans.

Respectfully submitted,

OFFERMAN & KING, L.L.P.

BY: /s/ James W. King
    JAMES W. KING
    TBA NO. 00791029
    6420 WELLINGTON PLACE
    BEAUMONT, TEXAS 77706
    (409) 860-9000
    (409) 860-9199--FAX
ATTORNEY IN CHARGE FOR
MITSUBISHI HC CAPITAL AMERICA, INC.

CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by electronic means or by first class mail:

Attorney for Debtor:

M. Jermaine Watson
600 West 6th St.
Suite 300
Fort Worth, TX 76102

U.S. Trustee:
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX  75202

Debtor:
Gandy's Transport, LLC
P.O. Box 180874
Arlington, TX 76096

      SIGNED AND DONE on this 22nd day of October, 2024.

                              /s/ James W. King
                              James W. King