Filed by:
JAMES W. KING
TBA 00791029
OFFERMAN & KING, L.L.P.
6420 Wellington Place
Beaumont, Texas   77706
409/860-9000
jwk@offermanking.com
ATTORNEYS FOR
MITSUBISHI HC
CAPITAL AMERICA, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| In re: | § | |
|---|---|---|
| | § | |
| | § | Case No. 24-43354-elm11 |
| GANDY'S TRANSPORT, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | JUDGE EDWARD L. MORRIS |

**NOTICE OF HEARING**

Please take notice that a preliminary hearing on the Motion of MITSUBISHI HC CAPITAL AMERICA, INC. from Automatic Stay is set for 9:30 a.m. on Wednesday, November 13, 2024 at the following location:

# WebEx Hearing
## Judge Edward L. Morris

Pursuant to General Order 2021-06, subject to the discretion of the presiding judge of a particular case or proceeding to order otherwise, all hearings before the Court are currently being conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely).

**IMPORTANT NOTICE**

For all cases and proceedings assigned to Judge Morris, **Judge Morris has determined to permit both in person and remote attendance at all hearings** (i.e., all such hearings will be conducted in a hybrid mode instead of a remote only or in-person only mode), provided that Judge Morris may order otherwise with respect to any particular hearing or proceeding in his discretion or for cause shown.

Additionally, for all adversary proceedings assigned to Judge Morris, **Judge Morris has determined to permit both in person and remote attendance at all adversary proceeding hearings** notwithstanding the designation of all adversary proceeding hearings (whether evidentiary or non- evidentiary) as in person only hearings under General Order 2021-06 (i.e., all such adversary proceeding hearings will be conducted in a hybrid mode instead of an in-person only mode), provided that Judge Morris may order otherwise with respect to any particular hearing in his discretion or for cause shown.

## WEBEX HEARING INSTRUCTIONS

**The following instructions apply to remote attendance at hybrid mode hearings.**

**General Information**:

Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in hybrid hearings by remote means (i.e., by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**Participation/Attendance Requirements Applicable to All Remote Attendees**:

- Requirements as to attendance by videoconference or telephonic conference:
  (1) For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode).
  (2) For those who do not intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to actively participate in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode.
  (3) All others may attend in either a videoconference or telephonic conference mode.

- Remote attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings. For general

information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04.

**Remote Witness Testimony**:

Witnesses are permitted to testify in-person or by remote means unless ordered otherwise by the Court.

Where remote testimony is permitted, witness testimony must be provided with the WebEx video function activated. Witnesses may not provide testimony by telephone alone unless the Court finds cause to waive the prohibition (only in rare circumstances).

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at a hybrid mode hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply to the witness (or counsel for the witness, as appropriate) with paper copies of all designated exhibits for the hearing.

**Notice of Hearing Content and Filing Requirements for Hybrid Mode Hearings**:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted both in person and by WebEx means, (2) provide notice of the above WebEx video link and telephone dial-in and meeting ID, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained at the following address: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "Fort Worth, Judge Morris' Ctrm" or "athttps://us-courts.webex.com/meet/morris" as the location for the hearing. Do NOT select "VIDEO CONFERENCE" link as the location for the hearing.

**Disclaimer:**

The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. For hybrid hearings, those who elect to participate in the hearing by remote means do so at their own risk, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

Respectfully submitted,

OFFERMAN & KING, L.L.P.

BY:   /s/ James W. King                 .
      JAMES W. KING
      TBA NO. 0071029
      6420 WELLINGTON PLACE
      BEAUMONT, TEXAS 77706
      PHONE: (409) 860-9000
      FAX: (409) 860-9010
      jwk@offermanking.com
ATTORNEY IN CHARGE FOR MOVANT
MITSUBISHI HC CAPITAL AMERICA, INC.

CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by electronic means or by first-class mail:

<u>Attorney for Debtor:</u>

M. Jermaine Watson
600 West 6th St.
Suite 300
Fort Worth, TX 76102

<u>U.S. Trustee:</u>
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX  75202

<u>Debtor:</u>
Gandy's Transport, LLC
P.O. Box 180874
Arlington, TX 76096

      And to all parties on the attached list of creditors.

      SIGNED AND DONE on this 22nd day of October, 2024

                                            /s/ James W. King
                                            James W. King