

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 7, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GANDY'S TRANSPORT, LLC, | § | CASE NO. 24-43354-elm11 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### INTERIM ORDER GRANTING PAWNEE LEASING CORPORATION'S MOTION FOR ADEQUATE PROTECTION, IN PART

Before me came to be considered Pawnee Leasing Corporation's Motion for Adequate Protection (the "Motion") filed by Pawnee Leasing Corporation ("Movant") seeking an Order pursuant to 11 U.S.C. §§ 361 and 362 awarding it adequate protection in the above-captioned Chapter 11 proceeding of the Debtor, Gandy's Transport, LLC, ("Debtor"), with respect to the below collateral in which Movant has a security interest (the "Vehicle"):

| YEAR | EQUIPMENT DESCRIPTION | VIN/SN |
|---|---|---|
| 2018 | Peterbilt 389 | 1NPXD49X2JD458359 |

After reviewing the Motion and considering the arguments of counsel, the Court is of the opinion that the Motion should be **GRANTED IN PART ON AN INTERIM BASIS**.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that as a condition for the use of the Equipment during the 45-day interim cash collateral period beginning on October 11, 2024, the Debtor shall pay one (1) adequate protection payment to Movant in the amount $687.50 due on the fourteenth (14th) day after (a) the Vehicle is titled; (b) inspected; (c) issued Interstate registration inclusive of license plates and cab cards; and (d) the Debtor's authorized agent can operate the Vehicle legally. The payment made by the Debtor pursuant to this Order shall be sent to Movant at Padfield & Stout LLP, 100 Throckmorton, Suite 700, Fort Worth, Texas, 76102, or at any other address provided by counsel for Movant in a subsequent writing delivered to counsel for the Debtor, through its counsel, via e-mail, and shall be made with good and sufficient funds and shall include the full name and address of Debtor with each payment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a final hearing on the Motion and Movant's Motion for Relief from the Automatic Stay will be held on a date to be determined and that, should such a hearing be scheduled, Movant shall be responsible for providing sufficient notice thereof.

### END OF ORDER ###

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ *Owen C. Babcock*
State Bar No. 24104585
Padfield & Stout LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 338-1616
obabcock@padfieldstout.com

*Attorney for Pawnee Capital Corporation*


/s/ *M. Jermaine Watson* (by permission)
M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

and

Ross Tower
500 N. Akard St., Suite 2940
Dallas, TX 75201
Telephone: 214-978-4102
Facsimile: 214-978-4150

*Proposed Counsel to
Gandy's Transport, LLC*