

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 7, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GANDY'S TRANSPORT, LLC | § | CASE NO. 24-43354-elm11 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |

### AGREED ORDER LIFTING AUTOMATIC STAY

CAME ON THIS DAY FOR CONSIDERATION the Motion for Relief from Automatic Stay (the "Motion") filed in the above-referenced case by Financial Pacific Leasing, Inc. d/b/a Umpqua Bank Vendor Finance. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure.  However, the parties jointly agree that the allegations contained in the Motion are unopposed, therefore, the Court finds that good cause exists for the entry of the following order.

Accordingly, it is hereby **ORDERED** that the Motion filed by Movant is hereby **GRANTED** so as to lift the Automatic Stay as to the 2018 Great Dane 53 X Reefer Trailer (VIN: 1GRAA0625JW113389) (the "Vehicle").

**IT IS FURTHER ORDERED** that Movant is authorized to proceed to foreclose on its ownership interest in the Vehicle pursuant to all applicable state laws and thereafter commence any action necessary to obtain complete possession of the Vehicle without further order or proceeding of this Court.

**IT IS FURTHER ORDERED** that the 14-day-stay provided by Bankruptcy Rule 4001(a)(3) is waived.

### ### END OF ORDER ###

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ *Owen C. Babcock*
State Bar No. 24104585
Padfield & Stout LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 338-1616
obabcock@padfieldstout.com

*Attorney for Financial Pacific Leasing, Inc.*
*d/b/a Umpqua Bank Vendor Finance*

/s/ *M. Jermaine Watson* (by permission)
M. Jermaine Watson
State Bar No. 24063055
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Telephone: 817-877-2800
Facsimile: 817-333-2961
Email: jwatson@canteyhanger.com

and

Ross Tower
500 N. Akard St., Suite 2940
Dallas, TX 75201
Telephone: 214-978-4102
Facsimile: 214-978-4150

*Proposed Counsel to*
*Gandy's Transport, LLC*