

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 16, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GANDY'S TRANSPORT, LLC, | § § | Case No. 24-43354-elm |
| Debtor. | § § § § | |

### ORDER GRANTING THE MOTION FOR
### <u>LEAVE TO APPEAR WITHOUT LOCAL COUNSEL</u>

Before the Court is the Motion to Waive Local Counsel Requirement Under Local Rule 2090-4 [Docket No. 96] (the "Motion") filed by counsel to The Huntington National Bank. The Court having reviewed the Motion and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that just cause exists for the relief granted herein; and the Court being otherwise fully advised of the premises;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED pursuant to the terms of this Order.

2. The Huntington National Bank and Counsel at Womble Bond Dickinson (US) LLP ("WBD") may proceed without local counsel as defined by Rule 2090-4 of Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas and Todd A. Atkinson of WBD may act as local counsel in this case.

###END OF ORDER###

Prepared by:

_____
Todd A. Atkinson
Texas State Bar No. 24121426
WOMBLE BOND DICKINSON (US) LLP
717 Texas Ave., Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7801
Facsimile: (346) 998-5901
Email: todd.atkinson@wbd-us.com

*Counsel to The Huntington National Bank*