

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 5, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-43354-ELM |
| GANDY'S TRANSPORT, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER DENYING WITHOUT PREJUDICE DEBTOR'S AMENDED MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE FROM RJF CARTAGE AND WAREHOUSING, LLC

CAME ON FOR HEARING on February 5, 2025, the *Debtor's Amended Motion to Compel Turnover of Property of the Estate From RJF Cartage and Warehousing, LLC* [Docket No. 103] (the "**Motion**") filed by Gandy's Transport, LLC (the "**Debtor**"). Having reviewed the Motion and considered the representations of counsel for the Debtor at the hearing, for reasons stated on the record at the hearing, which are hereby incorporated herein by reference, the Court finds that the Motion should be denied without prejudice. Therefore, it is hereby:

**ORDERED** that the Motion be and is hereby DENIED WITHOUT PREJUDICE.

# # #   END OF ORDER   # # #