

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 14, 2025

_____
United States Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GANDY'S TRANSPORT, LLC, | § | Case No. 24-43354-elm |
| | § | |
| Debtor. | § | |

## INTERIM ORDER REGARDING
## MOTION FOR RELIEF FROM STAY

Movant The Huntington National Bank ("HNB" or "Movant") filed the Motion for Relief from the Automatic Stay [Dk. No. 97] seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) lifting the automatic stay in the above-captioned Chapter 11 proceeding of the Debtor, Gandy's Transportation, LLC. (the "Debtor") with respect to the 2020 Peterbilt 389, VIN No. 1NPXL49X3LD632803 and the 2018 Utility Trailer, VIN No. 1UVYVS253XJ6260601 w/ThermoKing Unit S/N 60D1239254 together with all attachments and accessories thereto (the "Collateral").

After reviewing the Motion and considering the arguments of counsel, the Court is of the opinion that the Motion should be **GRANTED IN PART ON AN INTERIM BASIS**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that as a condition for the stay remaining in place until and through the hearing scheduled for **February 26, 2025** (the "Interim Period"), the Debtor shall pay adequate protection to Movant in the amount of $1,843.75 (the "Payment") by February 19, 2025 (the "Due Date") for the use of the Collateral during the Interim Period.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Payment to be made by the Debtor must be received by Movant on or before February 19, 2025, and should be forwarded to the following:

> The Huntington National Bank
> c/o Bryan Punzel
> 11100 Wayzata Blvd., Suite 700
> Minnetonka, MN 55305

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if the Debtor fails to make the Payment on or before the Due Date, the stay shall be lifted thereby allowing Movant to proceed against the Collateral under applicable law, to repossess the Collateral, and to foreclose its security interest in the Collateral, non-judicially or judicially. Upon the lifting of the automatic stay, the Debtor shall cooperate with HNB's collection of the Collateral.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a final hearing on the Motion will be held on **February 26, 2025** at **1:30 p.m.**, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or WebEx Link: https://uscourts.webex.com/meet/morris - Meeting Number: 2309-445-3213. For WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207, Meeting ID: 2309 445 3213

###END OF ORDER###

Prepared by:

/s/ Todd A. Atkinson
Todd A. Atkinson (TX Bar 24121426)
717 Texas Avenue, Suite 2100
Houston, TX 77002
Telephone: (346) 998-7801
Facsimile: (346) 998-5901
Email: todd.atkinson@wbd-us.com

/s/ Eudora F. S. Arthur
Eudora F. S. Arthur
*Pro Hac Vice* (N.C. Bar No. 59854)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
Email: dorie.arthur@wbd-us.com

*Attorneys for The Huntington National Bank*