UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GANDY'S TRANSPORT, LLC, | § § | Case No. 24-43354-elm |
| Debtor. | § § § | |

**THE HUNTINGTON NATIONAL BANK'S
NOTICE OF RULE 2004 EXAMINATION OF DEBTOR**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W 10TH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON FUBRUARY 3, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

Pursuant to Fed. R. Bankr. R. 2004 and L. Rule 2004-1, The Huntington National Bank ("Huntington"), by and through its undersigned counsel, a creditor in the above-captioned bankruptcy case (the "Case"), hereby gives notice that Huntington will take a virtual Rule 2004 examination of the above-captioned Debtor ("Debtor") about the whereabouts and persons who had access to the Truck[1] on February 12, 2026 beginning at 10 AM CST. Huntington requests

---

[1] All undefined terms herein shall have the meaning defined in the Motion.

WBD (US) 4913-0353-2678v3

Debtor produce the documents identified in **Exhibit A** attached hereto (the "Documents") to Huntington on or before on or before February 5, 2026. The deposition shall be used for all purposes permitted under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Evidence and applicable law in the above-referenced case.

Counsel for Huntington has attempted to communicate with attorney for Debtor regarding contents of the Motion and has received no response. A certificate of conference is attached hereto as Exhibit B.

Respectfully submitted this 13th of January, 2026.

        WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S. Arthur
        EUDORA F. S. ARTHUR (admitted, *pro hac vice*)
        555 Fayetteville Street, Suite 1100
        Raleigh, North Carolina 27601
        Telephone: (919) 755-2178
        Email: dorie.arthur@wbd-us.com

By:    /s/ Todd A. Atkinson
        Todd A. Atkinson (TX Bar 24121426)
        717 Texas Avenue, Suite 2100
        Houston, TX 77002
        Telephone: (346) 998-7801
        Facsimile: (346) 998-5901
        Email: todd.atkinson@wbd-us.com

        *Attorneys for The Huntington National Bank*

## **EXHIBIT A**

1) Any and all records and correspondence that indicates the routes for which the Truck[2] was used for the business of Debtor at least three (3) months before operations ceased until the date of the production of the documents requested herein.

2) Any and all records and correspondence that indicates where the Truck was stored at any given time during the time period of at least three (3) months before operations ceased until the date of the production of the documents requested herein.

3) The names, last known addresses, email addresses and telephone numbers of each employee, officer, director, member, manager and/or principal of Debtor who had access to and/or drove the Truck at any given time.

4) The names, last known addresses, email addresses and telephone numbers of each employee, officer, director, member, manager and/or principal of Debtor whether or not that person had permission to access the Truck.

5) The name, last known address, email address and telephone number of the person, employee, agent or representative of Debtor who delivered the Trailer to the Collateral Location and copy of all communications with such individual providing delivery instructions to this individual.

6) Any and all records indicating individuals that have driven the Truck and their qualifications including internal employee files and all Driver Qualification Files as required by law which include, *inter alia*:

    a) Initial Motor Vehicle Records;

    b) Annual Motor Vehicle Records;

    c) Road Test Documentation;

    d) Traffic Violations;

    e) Safety Performance Records; and

    f) Training Documentation.

7) Any and all documentation or correspondence between Debtor and any and all employees of Debtor during the time period of at least three (3) months before operations ceased until the date of the production of the documents requested herein.

---

[2] All capitalized terms herein shall have the meaning defined in the corresponding Motion.

8) Any and all documentation or correspondence between Debtor and any and all individuals that had access to the Truck during the time period of at least three (3) months before operations ceased until the date of the production of the documents requested herein.

9) Copies of all insurance policies and claims filed with the respective insurer related to the Truck.

10) Copies of any and all police reports regarding the Truck.

11) All communications with the insurer's employee, agent or representative who Debtor notified regarding the disappearance of the Truck and the name, mailing address, email address and telephone number of such employee, agent or representative.

## EXHIBIT B

CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 5.1(a)

I, Eudora F. S. Arthur, Attorney for Movant, The Huntington National Bank, do hereby certify that on December 11, 2025 and January 5, 2026, attorneys from my firm attempted to communicate with Debtor's attorney concerning Movant's intention to file this motion. No response was received, so no conference could be held.

/s/ Eudora F. S. Arthur
Eudora F. S. Arthur

**CERTIFICATE OF SERVICE**

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing **THE HUNTINGTON NATIONAL BANK'S NOTICE OF RULE 2004 EXAMINATION OF DEBTOR** via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2026　　　　　　　　　WOMBLE BOND DICKINSON (US) LLP

　　　　　　　　　　　　　　　　　By:　/s/ Eudora F. S. Arthur

　　　　　　　　　　　　　　　　　*Attorneys for The Huntington National Bank*

6

WBD (US) 4913-0353-2678v3